# 860 CASES REPORTED WITH BRIEF SYLLABI.

THOMAS JEFFERSON BRITTON, Appellant, v. ALBERT OTTINGER, Individually and as Attorney-General of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

SAMUEL UNGER, Appellant, v. B. J. & L. V. WEIL, INC., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

REIS REALTORS, INC., Respondent, v. HOTEL BRETTON HALL, INC., and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ROSE COHEN, Respondent, v. SOLOMON COHEN, Appellant.— Order modified by providing, in lieu of the provision for alimony contained in said order, that the defendant pay to the plaintiff as and for the support and maintenance of the plaintiff, within ten days from service of order with notice of entry thereof on the attorney for the defendant, a sum equal to forty dollars a week from August 6, 1927, and forty dollars weekly thereafter during the pendency of this action; and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of ELEANOR E. MARSHALL, Judgment Creditor, Appellant, against ALBERT MILLER, Judgment Debtor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

THE CONTINENTAL INSURANCE COMPANY and Another, Respondents, v. THE EQUITABLE TRUST COMPANY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

CHASIA SHAPIRO, Respondent, v. KALMON SHAPIRO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

CHASIA SHAPIRO, Respondent, v. KALMON SHAPIRO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

SPENCE SERVICE, INC., Respondent, v. CO-NATIONAL PLAYS, INC., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

CABCO SALES CORPORATION, Appellant, v. WILLIAM GOLDBERG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

CABCO SALES CORPORATION, Appellant, v. EDWARD ROTH, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

WILLIAM GOLDBERG and Another, Copartners, etc., Respondents, v. CABCO